IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:12CR45
                               )
       v.                      )
                               )
MAURICE WALKER,                )         ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's request for copies of various pleadings pertaining to his case (Filing No. 56). Defendant was advised of the cost of said copies. However, no payment has been received.

The Court notes that defendant had retained counsel, and he has not provided the Court with any showing that he could not pay for the copies. Accordingly,

IT IS ORDERED that defendant's request for copies is denied.

DATED this 2nd day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court